UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JO ANNE JENKINS,

    Plaintiff,

v.                                  Case No. 12-CV-11229

MARY JANE M. ELLIOTT, P.C.,

    Defendant,
_____/

**JUDGMENT**

In accordance with the Defendant's "Offer of Judgment," timely accepted by Plaintiff,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff Jo Anne Jenkins and against Defendant Mary Jane M. Elliott, P.C, in the amount of $1,000.00 plus reasonable attorney's fees and costs.  *See* Fed. R. Civ. P. 68(a).  Dated at Detroit, Michigan, this  2nd   day of July 2012.

                                            DAVID J. WEAVER
                                            CLERK OF THE COURT


                                               S/Lisa Wagner
                                          By:  Lisa Wagner, Case Manager
                                              to Judge Robert H. Cleland