IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| JO ANNE JENKINS, | ) | |
| | ) | |
| Plaintiff, | ) | 2:12-cv-11229-RHC-PJK |
| | ) | |
| v. | ) | Judge Cleland |
| | ) | Magistrate Judge Komives |
| MARY JANE M. ELLIOTT, P.C., | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the Stipulation of the Parties,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff, Jo Anne Jenkins, and against Defendant, Mary Jane M. Elliott. P.C., in the amount of $4,750 for Plaintiff's attorneys' fees and costs.


s/Robert H. Cleland
Hon. Robert H. Cleland
United States District Judge


Dated:  August 13, 2012

1